FILED

SEP 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

JILL WRIGHT,

          Plaintiff,

vs.

ALLIANCE ONE.

          Defendant..

)
)
)
)
)
)
)
)
)
)

Case No.: **2:09-cv-00684-VBF-JTL**

**[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE**

     Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 30, 2009

*Valerie Baker Fairbank*

_____

The Honorable Judge
Valerie Baker Fairbank
United States District Judge

1